**Order filed October 29, 2019.**



In The

# Fourteenth Court of Appeals

———————

## NO. 14-19-00106-CV

———————

### IN RE DEAN E. SMITH, Relator

---

**ORIGINAL PROCEEDING
WRIT OF MANDAMUS
On Appeal from the 257th District Court
Harris County, Texas
Trial Court Cause No. 2009-33707**

---

## ORDER

On February 7, 2019, relator Dean E. Smith filed a petition for writ of mandamus in this court. *See* Tex. Gov't Code Ann. § 22.221; *see also* Tex. R. App. P. 52. In the petition relator asks this court to compel the Honorable Sandra Peake, presiding judge of the 257th Judicial District Court of Harris County, to vacate a June 1, 2018 enforcement order.

The subject order was signed by the Honorable Judy Warne, who ceased to hold office of Judge of the 257th District Court of Harris County, on January 1, 2019. Because Judge Warne ceased to hold office, we are required to abate this proceeding

to permit Judge Peake to reconsider Judge Warne's decision regarding relator's request for relief. *See* Tex. R. App. 7.2(b); *see also In re Baylor Med. Ctr. at Garland*, 280 S.W.3d 227, 228 (Tex. 2008) (orig. proceeding) ("Mandamus will not issue against a new judge for what a former one did.").

On February 21, 2019, we issued an order abating this case until March 25, 2019, to permit Judge Peake to reconsider the order underlying relator's request for relief. On February 26, 2019, the parties filed a joint motion for extension of the abatement deadline to May 3, 2019. We granted the motion and issued an amended abatement order on March 7, 2019.

On May 3, 2019, the parties filed a second joint motion for extension of the abatement deadline, requesting that this court extend the deadline for Judge Peake to reconsider the order to August 2, 2019. We granted the second motion and issued an amended abatement order on May 9, 2019.

On August 2, 2019, the parties filed a third joint motion for extension of the abatement deadline. Judge Peake held a status hearing on July 30, 2019, and ordered the parties to complete arbitration on a related matter and file the arbitration award with the court by August 30, 2019. Judge Peake scheduled a hearing to further consider the matter and, if necessary, to hear argument and ordered the parties to request a 60-day continued abatement from this court. We granted the third motion and issued an amended abatement order on August 8, 2019.

We abated the proceeding until October 2, 2019, to permit Judge Peake to reconsider the order underlying relator's request for relief and directed Judge Peake to advise this court of the action taken on relator's request. We also directed the relator and real party in interest to file a status update with this court on or before October 9, 2019, if Judge Peake does not advise this court of the action taken on relator's request.

Judge Peake has not advised this court of any action taken on relator's request for relief. Relator and real party in interest did not file a status update on or before October 9, 2019. We order relator and real party in interest to file a status update in this court on or before November 5, 2019, and every 7 days thereafter until Judge Peake reconsiders Judge Warne's decision regarding relator's request for relief and advises this court of the action taken on relator's request.

PER CURIAM

Panel consists of Chief Justice Frost and Justices Jewell and Bourliot.